JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 25 1983

PATRICIA D. HOWARD
DOCKET NO. 562 CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HELICOPTER CRASH AT CAMP LEJEUNE, NORTH CAROLINA,
ON MAY 22, 1981

TRANSFER ORDER*

This litigation consists of two actions pending in the Northern District of Texas and one action pending in the Eastern District of Pennsylvania. Now before the Panel is a motion of Bell Helicopter Textron, Inc., and Textron, Inc., defendants in all three actions, to centralize the actions under 28 U.S.C. §1407 in the Northern District of Texas for coordinated or consolidated pretrial proceedings. All parties to the actions either agree on the desirability of, or do not oppose, centralization of the actions in that district.

On the basis of the papers filed,[1/] the Panel finds that these actions share common questions concerning the causes of an responsibility for a helicopter crash near Camp Lejeune, North Carolina, on May 22, 1981, and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Eastern District of Pennsylvania be, and the same hereby is, transferred to the Northern District of Texas and, with the consent of that court, assigned to the Honorable A. Joe Fish for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on SChedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Milton Pollack took no part in the decision of this matter.

[1/] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

MDL-562 -- IN RE HELICOPTER CRASH AT CAMP LEJEUNE, NORTH CAROLINA, ON MAY 22, 1983

Northern District of Texas

Victoria D. Mason, et al. v. Textron Inc., et al., C.A. No. 3-83-1108-G
Victoria D. Mason, et al. v. Textron Inc., et al., C.A. No. 3-83-1196-H

Eastern District of Pennsylvania

Alexis J. Frendak v. Textron, Inc., et al., C.A. No. 83-2260